IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL MANOSCA, | No. C 11-2183 SI |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| WACHOVIA MORTGAGE, *et al.*, | |
| Defendants. / | |

Defendant Wachovia Mortgage has filed a motion to dismiss the complaint. The motion is scheduled for a hearing on July 1, 2011. Pursuant to Civil Local Rule 7-3, plaintiff's opposition to the motion was due on June 10, 2011. Plaintiff, who is represented by counsel, has not filed an opposition, nor has plaintiff taken any action in this case since it was removed to this Court.

Accordingly, the Court orders plaintiff's counsel to file a declaration by **July 1, 2011** stating why this case should not be dismissed for failure to prosecute. The July 1, 2011 hearing on defendant's motion to dismiss is VACATED. The Court will reschedule the hearing on the motion if necessary. Failure to comply with these deadlines will result in the dismissal of plaintiff's complaint without prejudice.

**IT IS SO ORDERED.**

Dated: June 21, 2011

SUSAN ILLSTON
United States District Judge