IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL MANOSCA, | No. C 11-2183 SI |
| Plaintiff, | **ORDER SETTING HEARING AND BRIEFING SCHEDULE ON DEFENDANTS' MOTIONS TO DISMISS AND TO STRIKE** |
| v. | |
| WACHOVIA MORTGAGE, *et al.*, | |
| Defendants. | |

Plaintiff's counsel has filed a response to the Order to Show Cause, stating that plaintiff intends to prosecute this case. The Court sets the following schedule on defendants' motions to dismiss and to strike: plaintiff's oppositions must be filed no later than **July 8, 2011**, defendants' replies are due **July 15, 2011**, and the hearing on the motions is scheduled for **July 29, 2011** at **9:00 am**.

**IT IS SO ORDERED.**

Dated: June 29, 2011

_____
SUSAN ILLSTON
United States District Judge