United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL MANOSCA, | No. C 11-2183 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| WACHOVIA MORTGAGE, *et al.*, | |
| Defendants. / | |

This action is dismissed without prejudice for failure to prosecute. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: August 29, 2011

SUSAN ILLSTON
United States District Judge